UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> BLUE 3 PRODUCTIONS, INC., <br><br> Defendant. | Case No. 2:14-cv-00611-GMN-NJK <br><br> ORDER GRANTING MOTION TO TRANSFER VENUE <br><br> (Docket No. 9) |

Pending before the Court is Plaintiff's Renewed Motion to Transfer Venue. Docket No. 9. On April 21, 2014, Plaintiff, a Delaware corporation with its principal place of business in Princeton, New Jersey, initiated the instant case, by filing its Complaint in this Court. Docket No. 1. Plaintiff asserts that it issued a policy of insurance to Defendant, a Nevada corporation with its principal place of business in Reno, Nevada. *Id*., at 2. Plaintiff's Complaint seeks declaratory judgment against Defendant, and asks the Court to find that the policy it issued to Defendant does not provide coverage for the claims asserted against Defendant in a case where Defendant is being sued by a Plaintiff who alleges Defendant is responsible for his injuries. *Id*., at 4-5.

Plaintiff now seeks an order transferring this case to the unofficial northern division of the district, based on the convenience of the parties. Docket No. 9. Plaintiff alleges that it intended to file its Complaint in the unofficial northern division of the district, and inadvertently filed in the unofficial southern division of the district. *Id*., at 4. Plaintiff states that Defendant is located in northern Nevada, and the case arises from a personal injury claim that occurred in northern Nevada. *Id*. Plaintiff further states that litigating the instant case will be more convenient for both parties in northern Nevada, the evidence

is more easily accessed in northern Nevada, and the parties will incur fewer expenses than they would if they litigated the case in southern Nevada, where no party or evidence is located, and no incident relevant to the case occurred. *See id*., at 4-5.

Having reviewed the motion, the Court finds it should be granted. The District of Nevada is one district with an unofficial northern division and unofficial southern division. Plaintiff intended to file its Complaint in the unofficial northern division, and inadvertently filed it in the unofficial southern division. The incident occurred in northern Nevada, Defendant is located in northern Nevada, and the parties will incur fewer expenses in litigating the matter in the unofficial northern division of the District.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Transfer Venue (Docket No. 9) is **GRANTED**, and this case will be transferred to the unofficial northern division for all further proceedings.

**IT IS FURTHER ORDERED** that the clerk of the court shall refer this matter to the Chief Judge for random reassignment and issuance of a northern Nevada case number.

IT IS SO ORDERED.

DATED: May 29, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge